# IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of                              :   No. 124 DB 2018  (No. 61 RST 2018)
                                              :
                                              :
JAYE ANN DUNCAN                               :   Attorney Registration No.  204033
                                              :
PETITION FOR REINSTATEMENT                    :
  FROM ADMINISTRATIVE SUSPENSION  :   (Out of State)

## O R D E R

**PER CURIAM**

    **AND NOW**, this 7th day of September, 2018, the Report and Recommendation of Disciplinary Board Member dated August 31, 2018, is approved and it is ORDERED that Jaye Ann Duncan, who has been on Administrative Suspension, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.